# UNITED STATES DISTRICT COURT
## District of Minnesota

Daniel Abraham Gamez Cartagena,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, and David Easterwood,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00616-ADM-DTS

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Daniel G.C.'s Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED as follows:

1. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. §1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. §1226.
2. Respondents are ordered to provide Petitioner with a bond redetermination hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order.
3. If Respondents do not provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order, Petitioner must be immediately released from detention.
4. Within 10 days of the date of this Order, the parties must provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for further litigation.

Date: 1/29/2026

KATE M. FOGARTY, CLERK